United States Bankruptcy Court
Southern District of Florida

In re:  
Ashley Simone Mendez  
    Debtor

Case No. 14-36461-AJC  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 113C-1 | User: idabarr | Page 1 of 1 | Date Rcvd: Dec 04, 2014 |
|---|---|---|---|
| | Form ID: pdf004 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2014.
db     +Ashley Simone Mendez,   3855 Grand Avenue, Rear,   Miami, FL 33133-4862

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2014          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2014 at the address(es) listed below:
        Barry E Mukamal    bemtrustee@kapilamukamal.com,  FL64@ecfcbis.com
        Evian L White    on behalf of Debtor Ashley Simone Mendez ewhite@lsgmi.org,   sfreire@lsgmi.org
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
        TOTAL: 3



**ORDERED in the Southern District of Florida on December 3, 2014.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO. 14-36461-BKC-AJC

ASHLEY SIMONE MENDEZ,                CHAPTER 7

    Debtor.
_____/

**ORDER GRANTING DEBTOR'S  APPLICATION FOR WAIVER OF THE
CHAPTER 7 FILING FEE**

THIS CAUSE came before the Court upon the Debtor's *Applications for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments* [C.P. 3].  Upon consideration of the Debtor's Application, it is

**ORDERED AND ADJUDGED** that the *Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments* is GRANTED. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver is unwarranted.

# # #

Copies provided by the Clerk of Court to:

Ashley Simone Mendez, Debtor
Evian L. White, Esq.
Barry E. Mukamal, Chapter 7 Trustee
Assistant United States Trustee
Clerk of Court, Financial Deputy Clerk